SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
PETER H. KLEE, Cal. Bar No. 111707
PKlee@sheppardmullin.com
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone: 619.338.6500
Facsimile: 619.234.3815

THEONA ZHORDANIA, Cal. Bar No. 254428
TZhordania@sheppardmullin.com
333 S. Hope St., 43rd Floor
Los Angeles, CA 90071
Telephone: 213.620.1780
Facsimile: 213.620.1398

Attorneys for Defendant
Allstate Insurance Company

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| WENDY MORRIS and RUSSELL A. MORRIS, SR., <br><br>    Plaintiffs, <br><br>    v. <br><br>ALLSTATE INSURANCE COMPANY and DOES 1-15, INCLUSIVE, <br><br>    Defendants. | Case No. ED CV 13-00778 ABC (OPx) <br><br> ~~PROPOSED~~ FINAL JUDGMENT |

SMRH:423248101.2

-1-

1    The Court, having granted defendant Allstate Insurance Company's motion
2 for summary judgment by its Order dated April 28, 2014,

3    **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

4    Plaintiffs Wendy Morris and Russell Morris take nothing by way of their
5 Complaint, and a judgment be entered in favor of defendant Allstate Insurance
6 Company and against plaintiffs Wendy Morris and Russell Morris in this action.

8    Dated: May 19, 2014_____     *Audrey B. Collins*
    _____

                                                Honorable Audrey B. Collins
                                                United States District Judge

SMRH:423248101.2